IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* DANNY CAVIC, | ) | |
| | ) | |
| Plaintiff-Relator, | ) | |
| | ) | |
| v. | ) | CIVIL NO:   18-4176 |
| | ) | |
| MAVEN ENGINEERING | ) | |
| CORPORATION, KAVITA DAWSON, | ) | |
| AND ROBINSON MFG., INC., | ) | |
| | ) | |
| | ) | **FILED IN CAMERA AND** |
| Defendants. | ) | **UNDER SEAL** |

**THE GOVERNMENT'S NOTICE OF ELECTION TO
<u>DECLINE INTERVENTION</u>**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." <u>Id.</u>  Therefore, the United States requests that, should either the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later

date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.   The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated:   April 15, 2021

        Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        JOHN C. MILHISER
        UNITED STATES ATTORNEY

By:   s/John D. Hoelzer
      John D. Hoelzer, IL Bar No. 6295098
      United States Attorney's Office
      318 South Sixth Street
      Springfield, IL 62701
      Telephone: 217-492-4450
      Email: john.hoelzer@usdoj.gov

      JAMIE A. YAVELBERG
      ALLISON CENDALI
      ARNOLD M. AUERHAN
      U.S. Department of Justice
      Attorneys, Civil Division
      P.O. Box 261
      Ben Franklin Station
      Washington, DC 20044