IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* Danny Cavic,<br><br>　　　Plaintiffs,<br><br>v.<br><br>MAVEN ENGINEERING<br>CORPORATION,<br>KAVITA DAWSON, AND<br>ROBINSON MFG., INC<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 18-04176 |

## OPPOSED MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES

Movants Joel M. Androphy of Berg & Androphy and Sarah Frazier of the Law Office of Sarah Frazier, PLLC, counsel for Plaintiff-Relator Danny Cavic ("Relator") in this case, move this Court for an order granting their withdrawal from representation of Relator.

On February 26, 2021, government attorneys indicated that they intended to recommend that the United States decline to intervene in the case. On April 15, 2021, the same attorneys indicated that they had filed a notice of declination and request to lift the seal pursuant to 31 U.S.C. § 3730(b)(4)(B) (ECF No. 10). On April 29, 2021, this Court ordered that this case be unsealed and directed service upon Defendants (ECF No. 11).

The Representation Agreement between Relator and undersigned counsel provides that both firms may withdraw if the government declines intervention. Further, issues have arisen such that professional considerations require termination of the representation.

Relator is aware of counsels' intent to withdraw and the need to obtain new counsel in order to proceed with a case of this type. The Government wishes to inform this Court that it reserves its right to file a Statement of Interest in response to this motion to withdraw.

Movants respectfully move the Court for an Order discharging them as attorneys of record for Relator and request that Relator be given 90 days from the granting of this motion to find new counsel and serve the defendants. Movants also request that the Clerk of this Court terminate delivery of all notices to undersigned counsel in this case.

May 9, 2021　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joel M. Androphy*
　　　　　　　　　　　　　　　　　　　　　　　　Joel M. Androphy
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 01254700
　　　　　　　　　　　　　　　　　　　　　　　　Berg & Androphy
　　　　　　　　　　　　　　　　　　　　　　　　3740 Travis Street
　　　　　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　　　　　Telephone (713) 529-5622
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile (713) 529-3785
　　　　　　　　　　　　　　　　　　　　　　　　Email: jandrophy@bafirm.com

　　　　　　　　　　　　　　　　　　　　　　　　Sarah M. Frazier
　　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 24027320
　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Sarah Frazier, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　1919 Decatur St.
　　　　　　　　　　　　　　　　　　　　　　　　Houston, TX 77007
　　　　　　　　　　　　　　　　　　　　　　　　Email: sarah@sarahfrazierlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR RELATOR**
　　　　　　　　　　　　　　　　　　　　　　　　**DANNY CAVIC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and complete copy of the foregoing document was duly served through the ECF System on May 9, 2021.

The undersigned hereby certifies that a true and complete copy of the foregoing document was duly served on Relator via *electronic mail* on May 9, 2021 and that will also be sent via *certified mail, return receipt requested* on May 10, 2021.

      */s/ Joel M. Androphy*
      Joel M. Androphy