DANNY CAVIC – RELATOR- PRO PER

611 N. ROSE DRIVE, APT. F213

PLACENTIA, CA 92870

CELL- 714-931-7707


IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA

EX. REL. DANNY CAVIC

          PLAINTIFF                    CASE NO. 4:18-CV-04176

VS.

MAVEN ENGINEERING INC.

KAVITA DAWSON AND

ROBINSON MFG. INC.

          DEFENDANTS


DECLARATION IN SUPPORT OF OPPOSITION TO STIPULATED MOTION TO TRANSFER VENUE

1.  MY NAME IS DANNY CAVIC, RELATOR IN THIS CASE NO. 4-18-CV-04176

2.  IT IS MY DUTY TO PROTECT BEST INTERESTS OF UNITED STATES AND MYSELF , AS RELATOR.

3.  I AM OPPOSING DEFENDANTS MOTIONS TO TRANSFER, INCLUDING BOTH STIPULATED
    AGREEMENTS SIGNED AND FILED BY BOTH ATTORNEYS, JOSEPH WHITCOMB ( ATTORNEY FOR
    PLAINTIFF ) AND JESSICA RODRIGUEZ , ATTORNEY FOR DEFENDANTS.

4.  I HAVE NEVER AGREED TO DEFENDANT'S MOTION TO TRANSFER VENUE TO MARYLAND. I
    INFERMED BOTH ATTORNEYS SEVERAL TIMES ABOUT MY OPPOSITION, BUT THEY REFUSED TO
    INFORM THE COURT, OR TO DRAFT MY OPPOSITION.

5.  THERE IS NO REAL REASON TO TRANSFER THIS CASE TO ANY OTHER VENUE, SPECIALLY TO
    MARYLAND, WHERE MAVEN ENG. AND KAVITA DAWSON ARE LOCATED. I AM AFRAID OF
    POSSIBLE COURT INTERFERENCES IN MARYLAND, WHERE DEFENDANTS MAY HAVE SOME
    POLITICAL OR OTHER INFLUENCES ON COURT.

6.  AS PER LOCAL RULES, PLAINTIFF UNITED STATES COULD FILE THE CASE IN ANY COURT THEY FEEL
    AS CONVINIENT TO THEM.  DEFENDANTS REASON FOR CONVINIANCE OF WITNESSES IS NOT
    CORRECT. I AM THE MAIN WITNESS AND I AM FROM CALIFORNIA.  THIS CASE WILL MOST LIKELY
    BE SETTLED, LONG BEFORE TRIAL AND ANY TESTIMONY FROM WITNESSES.

7.  CONSIDERING THAT DEFENDANTS HAVE BEEN DEFRAUDING THE GOVERNMENT FOR SO MANY
    YEARS, SO IT WOULD NOT BE VERY SUPPRIZING IF THEY TRY TO DEFRAUD THIS COURT AS WELL.

8.  THERE ARE SEVERAL REASONS TO BELIEVE THAT DEFENDANTS HAVE INTERFERED WITH MY
    ATTORNEY JOSEPH WHITCOMB, TO HELP THEM TRANSFER THE CASE TO MARYLAND AND TO
    DISMISS IT THERE, USING THEIR CONTACTS AND POLITICAL INFLUENCES. FOR EXAMPLE, MY
    ATTORNEY JOSEPH WHITCOMB, REFUSED TO SEND ME ANY DRAFT, BEFORE FILING IT WITH
    COURT. I RECEIVED THEIR STIPULATED MOTION ON 4.00 PM PACIFIC TIME, ON Sept. 19. 2023,
    SO THIS DECLARATION WILL BE FILED ONE DAY LATE ON SEPT. 20.  I AM ASKING THIS COURT TO
    ACCEPT IT ANYWAY, FOR THE BEST INTEREST OF JUSTICE .

9.  ANOTHER REASON , BOTH SIDES ATTORNEYS ARE ACTING MORE LIKE PARTNERS, THAN
    OPPOSITION TO EACH OTHER. BOTH CURRENT AND PREVIOUS STIPULATED AGREEMENTS ARE
    DRAFTED FOR THE BEST INTERESTS OF DEFENDANTS, NOT FOR PLAINTIFF ! I DO NOT SEE
    ANYTHING GOOD TO BENEFIT PLAINTIFF.

10. ONE MORE INDICATION OF POSSIBLE INTERFERENCE BY DEFENDANTS, THEY ARE EVEN ASKING
    THIS COURT , NOT TO HEAR OPPOSITION FOR MOTION TO DISMISS, IN THIS COURT AS ORDERED
    BY JUDGE IN PREVIOUS RULING 2 WEEKS AGO. THEY WANTS TO TRANSFER THIS MOTION TO
    MARYLAND, WHERE THEY HAVE BETTER CHANCE TO INFLUENCE THE COURT, TO DISMISS THIS

CASE. VERY CLEAR INDICATION OF CONSPIRACY BETWEEN BOTH SIDES ATTORNEYS, MY ATTORNEY IS SERVING DEFENDANTS, NOT PLAINTIFF.

11. I DO NOT HAVE ANY MORE TRUST IN MY ATTORNEY JOSEPH WHITCOMB. I AM ASKING THIS COURT TO ORDER WITHDRAWAL OF MY ATTORNEY AND DEFENDANTS ATTORNEYS AS WELL, FOR THE BEST INTERESTS OF JUSTICE, UNITED STATES , AS PLAINTIFF AND ME AS RELATOR.

12. I AM ALSO ASKING THIS COURT , NOT TO TRANSFER THIS CASE TO MARYLAND AND TO GIVE ME 30 DAYS TIME , TO FIND NEW ATTORNEY. JOSEPH WHITCOMB IS NO LONGER MY ATTORNEY.

13. ANOTHER IMPORTANT NOTE,  DEFENDANT ROBINSON MNF. INC. IS IN DEFAULT, BECAUSE THEY DID NOT FILE AN ANSWER TO COMPLAINT. I ASKED MY ATTORNEY TO FILE DEFAULT, BUT HE REFUSED, SAYING HE WILL DO IT AFTER THE MOTION TO DISMISS, IN MARYLAND. TIME TO ANSWERT THE CASE WAS SEPT. 12. 2023.   JUST ANOTHER PROOF THAT HE IS WORKING FOR DEFENDANTS.....

14. EVERYTHING I SAID IN THIS DECLARATION IS TRUTH AND UNDER THE PENALTY OF PERJURY.

15. SEE 2 EXHIBITS, EMAIL DATED SEPT. 13. 2023 AND DECLARATION DATED  AUGUST  29. 2023.

DANNY CAVIC, RELATOR                                     SEPT. 19. 2023.

DANNY CAVIC

611 North Rose Dr. Apt. F213

Placentia, Ca 92870

Phone- 714-931-7707


IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS


UNITED STATES OF AMERICA,

ex rel. Danny Cavic


PLAINTIFF                                    CASE NO. 4:18-CV-04176 -SLD-JEH

v,

MAVEN ENGINEERING CORPORATION

KAVITA DAWSON, and

ROBINSON MFG. INC.

DEFENDANTS


DECLARATION IN SUPPORT OF OPPOSITION TO STIPULATED MOTION TO TRANSFER VENUE


1. My name is Danny Cavic and I am the Relator in this case.
2. Stipulated Agreement filed by Plaintiff's and Defendant Attorneys is not correct.
3. I am Opposing this Stipulation. I never authorized or signed this Agreement.

DANNY CAVIC                                                      8-29-2023

## Maven case

From:  cavic.danny@yahoo.com (cavic.danny@yahoo.com)

To:  jrodriguez@mmmlaw.com; joe@whitcomblawpc.com

Date:  Wednesday, September 13, 2023 at 01:51 PM PDT

To Jessica and Joseph,

Just to confirm one more time, I am strongly opposing Motion to Transfer
case to Maryland. Best idea is to withdraw Motion, otherwise it will
create lot of problems down the road.....
Danny Cavic